# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

   v.

EDWARD SHIA,

        Defendant.

Case No. 15-cr-00257-VC-1

**ORDER TO SHOW CAUSE**

This case came on for a status conference today at 1:00 p.m. Counsel for the government was present, and the defendant was present. However, no lawyer appeared for the defendant. Counsel for the defendant, Michael Whelan, is ordered to show cause why he should not be sanctioned for failing to appear. Counsel must file a letter brief, not to exceed five pages, explaining why he should not be sanctioned. The letter brief must be filed by no later than Friday, June 12, 2015.

**IT IS SO ORDERED.**

Dated: June 9, 2015

VINCE CHHABRIA  
United States District Judge