UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDWARD SHIA,<br><br>    Defendant. | Case No. 15-cr-00257-VC-1<br><br><br>**ORDER TO SHOW CAUSE** |

Wm. Michael Whelan, Jr., counsel for the defendant, is ordered to show cause, in writing, why the defense should not be required to reimburse the government for the travel expenses associated with the test that was scheduled for today but cancelled.  Mr. Whelan must file his submission by 5pm on Wednesday, July 13, 2016.

  **IT IS SO ORDERED.**

Dated: July 12, 2016

_____
VINCE CHHABRIA
United States District Judge