UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SHIA,<br><br>                Defendant. | Case No. 15-cr-00257-VC-1<br><br>**ORDER GRANTING MOTION FOR COMPASSIONATE RELEASE**<br><br>Re: Dkt. No. 152 |

      The motion for compassionate release is granted. Extraordinary circumstances support Shia's release, and the information provided at sentencing shows that he is not likely to further endanger the community. The remaining sentencing factors also support a modification of his sentence.

      Shia's sentence is modified such that a new term of supervised release replaces the remainder of the custodial sentence. As a special condition of this new term of supervised release, Shia is ordered to home confinement, and as an additional special condition, he is prohibited from accessing internet-enabled devices. The conditions and terms of supervised release following the completion of this sentence remain the same.

      **IT IS SO ORDERED.**

Dated: September 11, 2020

VINCE CHHABRIA
United States District Judge